UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MATTHEWS, JR. an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 5:20-cv-00307-CJC-(SPx)<br><br>Honorable Cormac J. Carney<br><br>**JUDGMENT IN FAVOR OF OCWEN LOAN SERVICING** |

On April 15, 2020, Defendant, PHH MORTGAGE CORPORATION, successor by merger to OCWEN LOAN SERVICING, LLC's ("Ocwen") Motion to Dismiss Plaintiff GLEN MATTHEWS, JR.'s ("Plaintiff") First Amended Complaint was granted in its entirety. [Docket No. 28]. All claims asserted by Plaintiff's First Amended Complaint against Ocwen were dismissed without leave to amend. *Id.*

/ / /

/ / /

1

**JUDGMENT IN FAVOR OF OCWEN LOAN SERVICING**

Accordingly, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED**

1. Ocwen's Motion to Dismiss Plaintiff's First Amended Complaint is granted.
2. Plaintiff's First Amended Complaint is DISMISSED, in its entirety WITHOUT LEAVE TO AMEND, and with prejudice, as to Ocwen.
3. Judgment is hereby entered in favor of Ocwen and against Plaintiff.

**IT IS SO ORDERED.**

Date: April 20, 2020

The Honorable Cormac J. Carney
United States District Court Judge

**JUDGMENT IN FAVOR OF OCWEN LOAN SERVICING**

**PROOF OF SERVICE**

I, Jovete Elguira, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On April 17, 2020, I served the within **[PROPOSED] JUDGMENT IN FAVOR OF OCWEN LOAN SERVICING** on all interested parties in this action as follows:

| Ashushkumar Patel, Esq.<br>Law Office of Ashishkumar Patel, APC<br>1651 E. Fourth St., Suite 229<br>Santa Ana, CA 92701<br>*Attorneys for Plaintiff, Glenn Matthews, Jr.* | J. Kirby McDonough, Esq.<br>Mary E. Bacon, Esq.<br>Spencer Fane LLP<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for Defendant Specialized Loan Servicing, LLC* |

[ ]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E).

[ ]  (BY OVERNIGHT EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express Overnight with the delivery fees provided for.

[X]  (Federal) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 17, 2020 at Newport Beach, California.



Jovete Elguira